In the Matter of B. BERNARD KAYE, Respondent, against MARY DONLON, as Chairman of the Workmen's Compensation Board of the State of New York, Appellant.

Argued March 9, 1954; decided April 8, 1954.

*Nathaniel L. Goldstein*, Attorney-General (*Abe Wagman, Wendell P. Brown* and *Irving L. Rollins* of counsel), for appellant.

*Joseph D. Stim* and *Menahem Stim* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.